IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

COURTNEY C. GADDIS JR.,

Plaintiff,

v.

DUSTIN L. SPAGGIARI, *et al.*,

Defendants.

2:25-CV-255-Z-BR

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge to dismiss this case under 28 U.S.C. Section 1915(e)(2)(B). ECF No. 9. No objections to the FCR have been filed. After making an independent review of the pleadings, files, and records in this case, the District Judge concludes that FCR of the Magistrate Judge is correct. It is therefore **ORDERED** that the FCR of the Magistrate Judge (ECF No. 9) is **ADOPTED** and the claims against Defendants are **DISMISSED with prejudice**.

**SO ORDERED.**

October 23, 2026

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE